# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:12cr125

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| AURTHUR BABINSKI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the court on Defendant's Motion to Modify Probation (#20). On August 28, 2013, the court sentenced Defendant to three years of probation with 12 months of house arrest with location monitoring. Defendant moves the court for an order allowing out-of-state travel on a bi-monthly basis to automobile auctions "throughout the eastern seaboard." Def.'s Mot. 2. Defendant explains that he is expanding his used car dealership and his presence at these auctions is necessary to find new inventory.

The motion notes that probation is currently accommodating Defendant and allowing him to make day trips to auctions within North Carolina. Given Defendant's access to these auctions and the fact that the condition of house arrest is only for 12 months, the court will deny Defendant's motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Modify Probation (#20) is **DENIED.**

Signed: October 15, 2013

Max O. Cogburn Jr.
United States District Judge